UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

VAN HUYGHUE,                                    **Civil Action No.:**

                    Plaintiff,

             - against -                 **RULE 7.1 STATEMENT**

HOME DEPOT U.S.A., INC.,

                    Defendant.

------------------------------------------------------------- X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Home Depot U.S.A.. Inc. (a private non-governmental party) certifies that the following are corporate parents. affiliates and/or subsidiaries of said party, which are publicly held.

1.     The Home Depot, Inc;

2.     Maintenance Warehouse America Corp.;

3.     Apex Supply Company, Inc.:

4.     Home Depot International. Inc.;

5.     National Blinds & Wallpaper, Inc.;

6.     Georgia Lighting, Inc.;

7.     Habitat Stores, Inc.;

8.     Maintenance Warehouse International, Inc.;

9.     Brown Jet Center, Inc.;

10.     Home Depot (U.K.) Ltd.:

#286941v1

11.    Homerlease Co., Inc.;

12.    THD Bermuda, Inc.;

13.    Home Depot Incentives, Inc.;

14.    H.D.V.I. Holding Company, Inc.;

15.    Home Depot Plumbing Services, LLC;

16.    Home Depot Your Other Warehouse, LLC;

17.    Newco, LLC;

18.    Home Depot NRO Holdings Inc.;

19.    Home Depot PR Holdings, Inc.;

20.    Home Depot of Canada, Inc.;

21.    Home Depot Puerto Rico, Inc.;

22.    Home Depot Realty U.L.C.;

23.    HD Canada Realty LP;

24.    Home Depot Holdings Inc.;

25.    Home Depot Nova Scotia Investments (S) U.L.C.;

26.    Home Depot Realty Nova Scotia Ltd. Ptrshp;

27.    Home Depot Scotia Investments (B1) U.L.C.;

28.    Home Depot Scotia Investments (B2) U.L.C.;

29.    3589196 Canada Limited;

30.    3038165 Canada Limited;

31.    3038173 Canada Limited;

32.    3807908 Canada Limited;

33.    3807196 Canada Limited;

34.    1207438 Ontario Limited;

35.    1344493 Canada Limited;

36.    HD Holdings Mexico, S.A.;

37.    Home Depot U.S.A., Inc.;

38.    Solutiones Para Las Casas de Mexico S. de R.I. de C.V.;

39.    Total Home S.A. de C.V.;

40.    Servicio Superior, S.A. de C.V.;

41.    HD USA Mexico Holding Company, Inc.;

42.    Productos HD, S.A. de C.V.;

43.    The Home Depot S.O.C., Inc.;

44.    Thusa, Inc. (domestic);

45.    Home Depot de Mexico, S.A. de C.V.;

46.    Homer TLC, Inc;;

47.    The Home Depot Special Services, Inc.;

48.    True Blue Ventures, Inc.;

49.    True Blue Country Lakes, L.P.;

50.    HD Development Holdings, Inc.;

51.    HD Development of Maryland, Inc.; and

52.    HD Development Properties, Inc.

Dated: New York, New York
        January 3, 2008

D'AMATO & LYNCH, LLP

By:  _____
ARTURO M. BOUTIN (AB8654)
Attorneys for Defendant
HOME DEPOT U.S.A., INC.
70 Pine Street
New York, New York  10270
(212) 269-0927
**Our File No.: 434-74835**

#286941v1                                    4