UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Van Hoyyne

                Plaintiff(s),

    -against-                    ORDER
                                    08 Civ. 91 (JFK)

Home Depot

                Defendant(s).
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-2008

JOHN F. KEENAN, United States District Judge:

        The attorneys for the parties having advised the Court that this action has been or will be settled, and having consented to the entry of this Order, it is hereby

        ORDERED that this action is discontinued, without costs to either party, subject to reopening if settlement is not consummated within 30 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may settle it, they must make a letter application before this Court/Judge before the -day settlement period expires.

        SO ORDERED.

Dated:    New York, New York
             March 24, 2008

                                                John F. Keenan
                                                JOHN F. KEENAN
                                                United States District Judge