**MEMO ENDORSED**

# D'AMATO & LYNCH, LLP

ATTORNEYS AT LAW

70 PINE STREET

NEW YORK, N.Y. 10270-0110

TELEPHONE 212-269-0927

TELECOPIER: 212-269-3559

WWW.DAMATO-LYNCH.COM

GEORGE G. D'AMATO (2007)
LUKE D. LYNCH (1919)
FOUNDING PARTNERS

LONDON OFFICE
LLOYD'S
ONE LIME STREET
LONDON, EC3M7HA, ENGLAND



Direct Dial:
E-Mail: ABoutin@damato-lynch.com

April 10, 2008

RECEIVED APR 11 2008 JUDGE KEENAN'S CHAMBERS

**VIA HAND DELIVERY**
Hon. John F. Keenan
Daniel Patrick Moynihan U.S. Courthouse
Room 1930
500 Pearl Street
New York, New York 10007

Re: Huyghue v. Home Depot, Inc. (08 CV 0091)
    Initial Conference Held: March 24, 2008
    **Request for Extension to Complete Settlement**

Dear Honorable Keenan:

We are counsel for defendant Home Depot U.S.A., Inc. ("Home Depot") in the above-captioned matter.

Pursuant to the Court's March 24, 2008 Order, the parties hereby jointly request an extension of the April 23, 2008 date to finalize the settlement of this matter. All settlement documents have been sent to plaintiff's counsel who is waiting for their execution and return from plaintiff. We will promptly file the settlement documents with the Court to be So Ordered upon their receipt.

Respectfully submitted,

Arturo M. Boutin (AB8654)

```
The application is granted.

SO ORDERED.

Dated:  April 14, 2008
        New York, N.Y.
```

_/s/ John F. Keenan_
U.S.D.J.