*KEENAN (S)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
VAN HUYGHUE                                            :
                                        Plaintiff,     :     **Index No.: 08CV0091 (JFK)(AJP)**
                                                       :
                  -against-                            :     **STIPULATION AND**
                                                       :     **ORDER OF DISMISSAL**
HOME DEPOT US.A., INC                                  :
                                        Defendant.     :
                                                       :
------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       March 25, 2008

SOL ZEPNICK, P.C.                           D'AMATO & LYNCH, LLP

By:                                         By:
     SOL ZEPNICK, ESQ.                           ROBERT D. LANG, ESQ.
     Attorney for Plaintiff                      Attorneys for Defendant
     Van Huyghue                                 Home Depot U.S.A., Inc.
     150 Broadway, Suite 1113                    70 Pine Street.
     New York, New York, 10038                   New York, New York 10270
     (212) 964-9595                              (212) 269-0927
                                                 **Our File No.: 434-74835**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-14-2008

SO ORDERED:

_____
U.S.D.J.

5/13/08